UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-20060-CR-UNGARO/O'SULLIVAN

UNITED STATES OF AMERICA,

       Plaintiff,

v.

MOHAMED ABDULLAH AL-GARNI,

       Defendant.
_____/

## ORDER

THIS MATTER is before the Court on the defendant's Motion for Bill of Particulars, and Incorporated Memorandum of Law (DE# 139, 6/20/07). Having reviewed the applicable filings and the law, it is

ORDERED AND ADJUDGED that prior to the **July 31, 2007** hearing, counsel shall confer in a good faith effort to resolve or narrow the issues raised in the defendant's Motion for Bill of Particulars, and Incorporated Memorandum of Law (DE# 139, 6/20/07). The instant motion fails to comply with the Local Rules. Local Rule 88.9 provides, in part, that:

> at the time of filing motions in criminal cases, counsel for the moving party shall file with the Clerk of the Court a statement certifying either: (a) that counsel have conferred in a good faith effort to resolve the issues raised in the motion and have been unable to do so; or (b) that counsel for the moving party has made reasonable effort (which shall be identified with specificity in the statement) to confer with the opposing party but has been unable to do so.

S.D. Fla. L.R. 88.9 (A) (2007). Counsel for the defendant has not filed the required statement.

DONE AND ORDERED, in Chambers, at Miami, Florida, this **10th** day of July, 2007.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States District Judge Ungaro
All counsel of record